UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

RHONDA SUE SHORT §
§
Plaintiff. §
§
VS. § CIVIL ACTION NO. 3:18–CV–00133
§
NANCY A. BERRYHILL, ACTING §
COMMISSIONER OF THE SOCIAL §
SECURITY ADMINISTRATION §
§
Defendant. §

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Pending before the Court are Plaintiff's Objections to Memorandum and Recommendation ("Objections"). Dkt. 21. On July 9, 2018, this case was referred to United States Magistrate Judge Andrew M. Edison. Dkt. 6. On February 14, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 20) recommending that Plaintiff's Motion for Summary Judgment (Dkt. 16) be **DENIED**; Defendant's Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment (Dkt. 18) be **GRANTED**; and the decision of the Commissioner be **AFFIRMED**.

On February 26, 2019, Claimant Rhonda Sue Short filed her Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings

or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the summary judgment record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 20) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Motion for Summary Judgment (Dkt. 16) is **DENIED**;

(3) Defendant's Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment (Dkt. 18) is **GRANTED**; and

(4) The decision of the Commissioner is **AFFIRMED**.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 5th day of March, 2019.

George C. Hanks Jr.
United States District Judge